DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ARBA G. SCARLETT, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1595

_____

January 14, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.